*E-Filed 5/20/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON, | No. C 12-6237 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff has failed to file a second amended complaint by the deadline. Accordingly, this action is DISMISSED without prejudice for failure to comply with the Court's order and, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. Plaintiff's motion to extend time (Docket No. 6) is DENIED. Any motion to reopen this action must contain an amended complaint. The Clerk shall terminate Docket No. 6, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 20, 2013

RICHARD SEEBORG
United States District Judge