*E-Filed 7/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON, | No. C 12-6237 RS (PR) |
|     Plaintiff, | **ORDER REOPENING ACTION;** |
| v. | **ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT** |
| MATTHEW CATE, et al., | |
|     Defendants. | |

Plaintiff's motion to reopen the action and for leave to file an amended complaint (Docket No. 10) is GRANTED. The action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED. **Plaintiff shall file an amended complaint on or before September 15, 2013.** The amended complaint must address all the deficiencies listed in the order dismissing the complaint with leave to amend (Docket No. 5), and include the caption and civil case number used in this order (12-6237 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his amended complaint all the

claims he wishes to present and <u>all</u> of the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).  Any claims not raised in the amended complaint will be deemed waived.  Plaintiff may <u>not</u> incorporate material from the prior complaint by reference.  Failure to file an amended complaint in accordance with this order will result in dismissal of this action with prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  **<u>No extensions of time will be granted, owing to the large period of time afforded plaintiff.</u>**  The Clerk shall terminate Docket No. 10.

    **IT IS SO ORDERED**.

DATED: July 3, 2013

                                   RICHARD SEEBORG
                                   United States District Judge

**United States District Court**
For the Northern District of California