*E-Filed 9/13/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON, | No. C 12-6237 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an amended complaint (Docket No. 21) is GRANTED. He shall file an amended complaint on or before November 1, 2013. The Clerk shall terminate Docket No. 21.

**IT IS SO ORDERED**.

DATED: September 13, 2013

RICHARD SEEBORG
United States District Judge