*E-Filed 10/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON, | No. C 12-6237 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. / | |

The Court construes plaintiff's motion for leave to correct his prior complaint (Docket No. 25) as a motion to extend time. So construed, it is GRANTED. Plaintiff shall file an amended complaint on or before December 15, 2013. **No further extensions of time will be granted.** If plaintiff fails to file an amended complaint by December 15, 2013, the action will be dismissed.

The Court reminds plaintiff that because an amended complaint **completely** replaces the previous complaints, plaintiff must include in his amended complaint **all** the claims he wishes to present and **all** of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Any claims not raised in the amended complaint will be deemed waived. Plaintiff may **not**, as he attempts to do by way of the instant motion,

1  incorporate material from the prior complaint by reference.  Failure to file an amended
2  complaint in accordance with this order will result in dismissal of this action without further
3  notice to plaintiff.
4      It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court
5  informed of any change of address by filing a separate paper with the clerk headed "Notice of
6  Change of Address."  He must comply with the Court's orders in a timely fashion or ask for
7  an extension of time to do so.  Failure to comply may result in the dismissal of this
8  action pursuant to Federal Rule of Civil Procedure 41(b).
9      **IT IS SO ORDERED**.
10 DATED:  October 10, 2013
11                  RICHARD SEEBORG
                  United States District Judge

**United States District Court**
For the Northern District of California