*E-Filed 6/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON, | No. C 12-6237 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 36) is GRANTED. The motion shall be filed on or before August 4, 2014. The Clerk shall terminate Docket No. 36.

**IT IS SO ORDERED**.

DATED: June 10, 2014

RICHARD SEEBORG
United States District Judge