*E-filed 11/24/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. C 12-6237 RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. He since has filed an amended complaint and a motion for reconsideration (Docket No. 62).

The motion for reconsideration, which the Court construes as a motion to reopen, is GRANTED. The action is REOPENED and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 60) and the order of dismissal (Docket No. 59) are VACATED. The amended complaint will be reviewed in a separate order. The Clerk shall terminate Docket No. 62.

**IT IS SO ORDERED**.

DATED: November 24, 2015

RICHARD SEEBORG
United States District Judge