KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ALLISON M. LOW
Deputy Attorney General
State Bar No. 273202
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5820
 Fax: (415) 703-5843
 E-mail: Allison.Low@doj.ca.gov
*Attorneys for Defendants
D. Barneburg and J. Akin
(erroneously sued as J. Atkins)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIM WILLIAMSON,<br><br>                 Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>                 Defendants. | 3:12-cv-06237 RS (PR)<br><br>**STIPULATED REQUEST TO DEFER THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Judge: The Honorable Richard G. Seeborg<br><br>Trial Date: Not yet set<br>Action Filed: February 3, 2014 |

**TO THE HONORABLE RICHARD G. SEEBORG:**

The parties reached a tentative agreement to settle this matter, and are administrating the appropriate documents. To reserve their right to proceed if settlement is not finalized, the parties hereby stipulate to defer the briefing schedule on Defendants' summary-judgment motion as follows:

- Plaintiff shall have thirty additional dates to file an opposition to Defendants' summary-judgment motion through and including January 17, 2017.

1

- Defendants shall have the previously provided fifteen days after the date Plaintiff's opposition is filed to file a reply brief.

IT IS SO STIPULATED.

Dated: 11/27th, 2016

*signature*
JIM WILLIAMSON
*Plaintiff in Pro Se*

Dated: 11/18, 2016

*signature*
ALLISON M. LOW
Deputy Attorney General
*Attorney for Defendants*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/5/16

*signature*
The Honorable Richard G. Seeborg
United States District Judge

SF2014407974
20916354.doc

2

Stip. Req. to Defer Br. Sch. for Defs.' Mot. Summ. J. (3:12-cv-06237 RS (PR))