UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIM WILLIAMSON,

    Plaintiff,

v.

DAVE BARNEBURG, et al.,

    Defendants.

Case No. 12-cv-06237-RS (PR)

**ORDER OF DISMISSAL**

Pursuant to the parties' stipulation for voluntary dismissal with prejudice (Docket No. 90), this action is DISMISSED WITH PREJUICE.  Defendants' motion for summary judgment (Docket No. 78) is DENIED as moot.  The Clerk shall terminate Docket No. 78, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 10, 2017

_____
RICHARD SEEBORG
United States District Judge